IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cr-225

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | VERDICT FORM |
| ) | |
| ROBERT LEE BARRINGER ) | |

1. As to Count One, charging the defendant with a violation of 18 U.S.C. § 1951, the Court finds the defendant:

    Guilty: ✓     Not Guilty: _____

2. As to Count Two, charging the defendant with a violation of 18 U.S.C. § 924(c), the Court finds the defendant:

    Guilty: ✓     Not Guilty: _____

2a. If guilty, was the firearm brandished?

    Yes: ✓     No: _____

2b. If guilty, was the firearm discharged?

    Yes: ✓     No: _____

3. As to Count Three, charging the defendant with a violation of 18 U.S.C. § 922(g)(1), the Court finds the defendant:

    Guilty: ✓     Not Guilty: _____

    Signed: _/s/ Robert J. Conrad_
    ROBERT J. CONRAD, JR.
    UNITED STATES DISTRCT JUDGE

    Dated: 8-5-22