IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-CR-00225-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT LEE BARRINGER | ) | |
| | ) | |

**THIS MATTER** is before the Court on the government's Motion for Final Determination of Restitution, (Doc. No. 80), which the defendant joins, (Doc. No. 86: Response at 1).

At the sentencing of this matter, the Court held that final determination of restitution would be left open as authorized by 18 U.S.C. § 3664(d)(5). (Doc. No. 67: Amended Judgment at 5). The government has now timely proposed a list of victims and losses, supported by a preponderance of the evidence, that constitutes a "final determination" for purposes of ordering restitution pursuant to the Mandatory Victim Restitution Act, 18 U.S.C. § 3663A. (Doc. No. 82: Exhibit A).

**IT IS THEREFORE ORDERED** that, based on the reasons set forth in the government's motion, 18 U.S.C. § 3664(d)(5), and the Mandatory Victim Restitution Act, the Amended Judgment in this case (Doc. No. 67) shall be amended to include a final restitution figure of $206,925.64 in the amounts listed in Exhibit A, (Doc. No. 82). All other terms remain unchanged.

1

The Clerk is directed to certify copies of this order to the Federal Public Defender, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the Financial Administration Unit of the Clerk's Office.

Signed: October 28, 2024

*[signature]*

Robert J. Conrad, Jr.
United States District Judge